BRISTOR, Appellant, v. SMITH et al., Respondents. (Supreme Court, Appellate Division, Second Department. April 26, 1898.) Action by George R. Bristor against Edwin R. Smith and George R. Kretz. No opinion. Judgment affirmed, with costs, on the opinion of HIRSCHBERG, J., at special term. See 49 N. Y. Supp. 404.

BROWN, Appellant, v. HAMILTON, Respondent. (Supreme Court, Appellate Division, Third Department. May 4, 1898.) Action by John Brown against John E. Hamilton. No opinion. Judgment affirmed, with costs.